IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yu Chen, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A, <br><br> Defendants. | Case No. 1:24-cv-10813 <br><br> Judge: Hon. Jeremy Daniel |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41 (a)(1)(A)(i), Plaintiff Yu Chen, (the "Plaintiff") voluntarily dismisses the following Defendants without prejudice:

| Defendant # | Seller Name | Seller weblink/Merchant ID | Product ID |
|---|---|---|---|
| #1 | SKYSHALO | https://www.walmart.com/ip/SKYSHALO-Toilet-Safety-Rails-Folding-Stand-Alone-Adjustable-Toilet-Bars-for-Elderly/5383073718?from=/search | 5383073718 |
| #2 | Big_Deal_Today61218 | https://www.ebay.com/itm/176171135570 | |
| #9 | YunHeng LLC | AP8G2A214IR7U | B0C4Y3VGM3 |

| #10 | Jhkopqe (US seller） | A35XGFNIA4NDGT | B0CLCW9YL7 |
| --- | --- | --- | --- |
| #12 | YOUCJ-US | AX4MZHHWHBC9M | B0CMQKCVV7 |
| #13 | BNEHS Direct | A1CHC53V527P89 | B0B4WFYB49 |
| #14 | Z.L.Seals | A2B2CUQI3E5QJH | B0CB2VH3V9 |
| #15 | Coshar | A3DG0VBAJY6ZY2 | B0CSYYY7LX |
| #16 | Aosom Direct | A3LRDQCJ73A2H4 | B0CKR5V83G |
| #18 | Landbird | APNE2IYQZLJLI | B0D233GB73 |
| #19 | xianghejing | A35TAI9RH1N4GL | B0CN6B83Z1 |
| #22 | yualtmz | A2P359JLWVUESF | B0CPS7ZWMY |
| #25 | Takuyada | A1EFLOLN7PQO51 | B0D2LLCMRM |

Dated: November 3, 2024

Respectfully submitted,

 /s/*Lance Liu*
Lance Y. Liu, Esq.
Bar No. 3002946
15 Minuteman Circle
Southbury, CT 06488
Phone: 203-706-9536
Lanceliu2000@Gmail.com
Attorney for Plaintiff